

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STUART E. JACOBS
Assistant Corporation Counsel
phone: (212) 788-0899
fax: (212) 788-9776
email: sjacobs@law.nyc.gov

September 24, 2010

BY HAND AND ECF
Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Michael Crawford v. City of New York et al.</u>,05 CV 5358 (ARR)(RML)

Your Honor:

    I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York assigned to the above-referenced case and the attorney for defendants. As per my conversation yesterday with the Court, since this motion contains large amounts of sensitive information and materials, Your Honor granted permission for the fully briefed summary judgment motion to be filed under seal. To that end, please find enclosed a copy of the fully-briefed motion papers, marked as sealed, containing the following documents:

- DEFENDANTS' NOTICE OF MOTION;

- DEFENDANTS' RULE 56.1 STATEMENT OF MATERIAL FACTS;

- DECLARATION OF STUART JACOBS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;

- DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT;

- PLAINTIFF'S RULE 56.1 RESPONSE AND COUNTER STATEMENT OF MATERIAL FACTS;

- DECLARATION OF MARY M. TEAGUE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;

- PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;

- DEFENDANTS' RESPONSE TO PLAINTIFFS' COUNTER STATEMENT PURSUANT TO LOCAL CIVIL RULE 56.1;

- SUPPLEMENTAL DECLARATION OF STUART JACOBS; and

- DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT.

Thank you for your time and consideration in this matter.

Respectfully submitted,

Stuart E. Jacobs (SJ 8379)
Assistant Corporation Counsel
Special Federal Litigation Division

Enclosures

cc:   BY MAIL AND ECF *(w/reply papers enc.)*
      Mary M. Teague, Esq.
      Cadwalader, Wickersham & Taft, LLP
      One World Financial Center
      New York, New York 10281

      BY HAND AND ECF
      Honorable Robert M. Levy
      United States Magistrate Judge
      Eastern District of New York
      225 Cadman Plaza East
      Brooklyn, NY 11201